1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL HUWE, | No. 13-cv-00085-JPH |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| JEFFREY A. UTTECHT, | |
| Respondent. | |

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation entered August 14, 2013, ECF No. 13, recommending Petitioner's petition for Writ of Habeas Corpus, ECF No. 4, be denied. Petitioner filed an objection and asked the court to issue a certificate of appealability in the event the court adopts the Magistrate Judge's recommendation. ECF No. 20 at page 6, n. 2.

Petitioner's objection restates many of the same arguments addressed by the Magistrate Judge's report. Petitioner alleges the issues he raises were "either

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  decided contrary to or unreasonably under U.S. Supreme Court precedent as cited

2  in Petitioner's Memorandum of Law." ECF No. 20 at page 4.

3      Huwe again alleges insufficiency of the evidence because there was "no

4  evidence of an intent to kill or assault." Petitioner's Memorandum at 2 (a), ECF

5  No. 20.  The evidence shows Huwe shot one woman twice and another once.

6  Proof a defendant fired a weapon at a victim, is, of course, sufficient to justify a

7  finding of intent to kill. *State v. Hoffman*, 116 Wn. 2d 51, 84-85 (1991).  The

8  requisite intent for the assault charge required the jury to find defendant "with the

9  intent to inflict great bodily harm" assaults another with a firearm.  RCW 9A.36.011(1)(a).  The evidence was clearly sufficient to support the jury's verdict.

10      Petitioner again asserts prosecutorial misconduct; vicinage; juror bias and

11  violation of the presumption of innocence; ineffective assistance of counsel and

12  judicial bias.  Petitioner's Memorandum at 2(b); 3(c); 4(d); 5(e); 6(f), ECF No. 20.

13      The magistrate judge found Huwe failed to show the state court's

14  determinations were contrary to or involved an unreasonable application of clearly

15  established Supreme Court precedent.

16      Having reviewed the Report and Recommendation, the Court adopts the

17  Magistrate Judge's recommendation. Accordingly, **IT IS HEREBY ORDERED**:

18      1. The Report and Recommendation, **ECF No. 13** is **ADOPTED in its**

19  **entirety**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 2

2. The Petition for Writ of Habeas Corpus, ECF No. 4, is **DENIED**.

3. The request for a Certificate of Appealability is denied as an appeal would not be taken in good faith.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and forward uncertified copies to the parties and Magistrate Judge Hutton.

**DATED** this 24th day of October, 2013.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge